James RANSBURG, Jr., Appellant,

v.

Janette LOHMAN, Director of
Revenue, Respondent.

No. WD 53609.

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Allan J. Fanning, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Special Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for Respondent.

Before ULRICH, C.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

This appeal involves the administrative revocation of James Ransburg's driving privileges for refusing to take a chemical test for intoxication under section 577.041, RSMo 1994. Following a hearing before the trial court, the revocation of Mr. Ransburg's license was upheld. Mr. Ransburg appeals. The judgment of the trial court is affirmed. Rule 84.16(b).